

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00054-CV

———————————————

IN RE VIRENDRA PATEL, PREMIER WEST HOSPITALITY CORP., ZEAL HOTELS GROUP LLC, THE COLONY HOSPITALITY CORP., AND HUNTLEY CONSTRUCTION, LLC, Relators

———————————————————————————————————————————————

Original Proceeding
393rd District Court of Denton County, Texas
Trial Court No. 17-6435-393

———————————————————————————————————————————————

Before Womack, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: March 12, 2021